UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

                    :

BRANDON BARNES,

                    :

        Plaintiff,

                    :     14 Civ. 1807 (WHP)

     -against-

                    :     <u>SCHEDULING ORDER</u>

CITY OF NEW YORK *et al.*,

                    :

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

               Counsel for both parties having appeared for a conference on May 30, 2014, the

Court adopts the following schedule on consent:

1. Plaintiff shall serve and file his amended complaint by June 13, 2014;

2. All discovery shall be complete by October 31, 2014;

3. The parties shall submit a joint pretrial order by December 5, 2014;

4. The parties shall appear for a final pretrial conference on December 12, 2014 at
   10:00 a.m.

Dated: June 2 , 2014
      New York, New York

                          SO ORDERED:

                          WILLIAM H. PAULEY III
                              U.S.D.J.

*Counsel of Record*:

Rose Minna Weber
Rose M. Weber Law Office
30 Vesey Street, Suite 1801
New York, NY 10007
*Counsel for Plaintiff*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/2/14